IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:06cr00014-01 JM

DA'SHWAUNALL JOHNSON
(Indicted as Dashwanunall Johnson)

ORDER

During the hearing held March 27, 2014, the defendant informed the Court that the correct spelling of his first name is Da'shwaunall Johnson.  The Clerk is directed to take the appropriate steps to change the docket to reflect the correct name.

The Clerk is also directed to provide a copy of this order to the United States Probation Office and the United States Marshal Service.

IT IS SO ORDERED THIS 28th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE